UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09 CV 568 |
| ) | |
| PARCEL OF PROPERTY KNOWN ) | |
| AS 26 CHRYSLER AVENUE, ) | |
| WABASH, WABASH COUNTY, ) | |
| INDIANA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# O R D E R

The United States has moved for a default judgment against the Unknown Heirs of Lola J. Trisler, deceased, Pathfinder Services, Inc. and Markle Bank. (DE # 29.) That motion, and the proposed order submitted by the United States regarding that motion, were filed in conjunction with cross-claimant U.S. Bank N.A.'s motion for a default judgment. (DE # 26.) However, U.S. Bank's motion was denied. (DE # 30.) Because United States' motion for a default judgment was filed in conjunction with U.S. Bank's motion for a default judgment, which has been denied, the United States' motion will be denied as well. Therefore, the United States' motion for a default judgment (DE # 29) is **DENIED WITHOUT PREJUDICE**.

SO ORDERED.

Date: September 30, 2014

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT